IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02781-BNB

MICHAEL WAYNE FLEMING,

    Applicant,

v.

STEVE HARTLEY, Warden, Colorado Division of Adult Parole, et al.,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 8 2010

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Michael Wayne Fleming, is a prisoner in the custody of the Scotts Bluff County Detention Facility in Gering, Nebraska. Mr. Fleming, acting *pro se*, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging a State of Colorado sentence.

The Court must construe the Application liberally because Mr. Fleming is not represented by an attorney. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Fleming will be ordered to file an amended pleading.

The Court has reviewed the Application and finds that it is deficient. The claims Mr. Fleming raises must be asserted pursuant to 28 U.S.C. § 2241 because he is challenging the execution of his sentence and not the validity of a state conviction and sentence. Mr. Fleming specifically asserts that he has been denied credit for the time

he served and for good time/earned time credits. Mr. Fleming further asserts that because his time computation was not correct he was prosecuted for felony escape. Mr. Fleming, therefore, will be directed to file an amended pleading on the Court-approved form used in actions filed pursuant to § 2241.

Furthermore, "[t]he federal habeas statute gives the United States district courts jurisdiction to entertain petitions for habeas relief only from persons who are in *custody* . . . ." *Maleng v. Cook*, 490 U.S. 488, 490 (1989) (per curiam) (quotation omitted); *see also* 28 U.S.C. § 2241(c). Thus, district courts generally do not have jurisdiction to entertain petitions for habeas relief on fully expired sentences. *See Maleng*, 490 U.S. at 490-91. Mr. Fleming is instructed to clarify in the Amended Application if he currently is serving or will serve in the future the sentence imposed in Case No. 98CR2368, the criminal case he is challenging in this action. Accordingly, it is

ORDERED that the action is construed as filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that **within thirty days from the date of this Order** Mr. Fleming file an amended pleading on a Court-approved form that is used in filing 28 U.S.C. § 2241 actions. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Fleming, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

DATED November 18, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02781-BNB

Michael Wayne Fleming
P.O. Box 130
Gering, NE 69341

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/18/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk